PROB 22  
(Rev. 12/13)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*  
8:19CR00385-1

DOCKET NUMBER *(Rec. Court)*  
2:25-cr-00356-JAD-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Hawkins | District of Nebraska | Omaha |

FILED ✓   RECEIVED ___   ENTERED ___   SERVED ON ___  
DEC 15 2025  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF NEVADA  
BY: AMMi DEPUTY

NAME OF SENTENCING JUDGE  
The Honorable Joseph F. Bataillon  
Senior U.S. District Judge

DATES OF PROBATION/SUPERVISED RELEASE:  
FROM 07/01/2024   TO 06/30/2029

OFFENSE  
Conspiracy To Distribute Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)  
Michael Hawkins has no intention of returning to the District of Nebraska.

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/11/2025  
*Date*

*/s/ Joseph F. Bataillon*  
Joseph F. Bataillon, *Senior U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/19/2025  
*Effective Date*

*United States District Judge*